UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL D. MCDONALD, *Pro Se*, | ) | Case No.: 1:06 CV 380 |
| | ) | |
| Petitioner | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| STUART HUDSON, WARDEN, | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

The court, having adopted the Magistrate Judge's Report and Recommendation (ECF No. 13) in a separate Order of this same date, recommending that final judgment be entered in favor of Respondent and that McDonald's Petition for Writ of Habeas Corpus (ECF No. 1) be denied, hereby enters judgment accordingly for Respondent and against Petitioner.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 27, 2007